## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re RML, LLC _____ Docket No.: 25-263 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Edwin J. Harron

Firm: Young Conaway Stargatt & Taylor LLP

Address: 1000 North King Street, Wilmington, DE 19801

Telephone: 302-571-6703 _____ Fax: _____

E-mail: eharron@ycst.com

Appearance for: Amici Curiae Future Claimants' Representatives
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellants _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Edwin J. Harron

Type or Print Name: Edwin J. Harron